THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

CASE NO.:

NW ABUFO "OBI" UMUNNA, As Personal Representative for the Estate of KENNETH MICHAEL GILLIAM,

    Plaintiff,

v.

SHAWBEL ANTONIO MOORE and MULAX EXPRESS LLC,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

**TO:** THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION

Defendants, SHAWBEL ANTONIO MOORE and MULAX EXPRESS LLC by and through their undersigned counsel, and pursuant to 28 U.S.C. § 1331, § 1441, § 1446 and Local Rule 7.2, hereby remove this action which is styled *NWABUFO "OBI" UMUNNA, as Personal Representative for the Estate of KENNETH MICHAEL GILLIAM, v SHAWBEL ANTONIO MOORE and MULAX EXPRESS LLC,* and designated Case No.: 2022 CA 155 in the Circuit Court for the Eighth Judicial Circuit in and for Alachua County, Florida, in which the action is now pending, to the United States District of Florida,

Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

Gainesville Division. In support of this removal and pursuant to 28 U.S.C. §1446, Defendants state:

1. This case is properly removable due to diversity of citizenship between the decedent, Kenneth Gilliam, and Defendants. At all times material hereto, Decedent, Mr. Gilliam, was a citizen of the State of Georgia. "Under 28 U.S.C. § 1332(c)(2), "the legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent."" Leyva v. Daniels, 530 Fed. Appx. 993 (11th Cir. 2013). Defendant, Mulax Express, LLC was incorporated in the State of Florida, has its principal place of business in the State of Florida and each of its members are citizens of and domiciled in Florida. See Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C., 374 F.3d 1020 ("…a limited liability company is a citizen of any state of which a member of the company is a citizen.")  Specifically, Mulax Express, LLC's members consist of Todd A. Hawblitzel, Milton E. Achury and Anibal A. Achury, all of which are citizens and domiciled in Port St. Lucie, Florida.  Defendant, Mr. Moore is a citizen and domiciled in the State of Florida. McCormick v. Aderholt, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (A natural person's citizenship is determined by his or her "domicile," or "the place of his true, fixed, and permanent home and principal establishment…to which he has the intention of returning whenever he is absent therefrom.").  The decedent, Kenneth Michael Gilliam, was not a resident of the forum state. Accordingly, this Notice of Removal is

2
**Cole, Scott & Kissane**
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

founded and based upon complete diversity citizenship between all parties pursuant to 28 U.S.C.A. § 1332 and 28 U.S.C.A. § 1441, *et seq.*

2. Venue is proper in the Gainesville Division of the Northern District of Florida. Pursuant to Local Rule 3.1. This case was filed by Plaintiff in State Court in Alachua County and Plaintiff's causes of action accrued in said county. *See also* 28 U.S.C.A. § 1441(a).

3. Defendants have filed with the Clerk of the Circuit Court for the Eighth Judicial Circuit, in and for Alachua County, Florida, a true and correct copy of the Notice to State Court Clerk of Removal of Case to Federal Court, pursuant to 28 U.S.C.A. §1446(b).

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders and other paper or exhibits of every kind from the State Court Action are being filed herewith, as **Exhibit "A".**

5. Defendant may use a variety of documents, including a written settlement demand, as an "other paper" under 28 U.S.C. §1446 (b) to determine if the case is removable. Essenson v. Coale, 848 F. Supp. 987, 989-90 (M.D. Fla. 1994). Plaintiff previously demanded the policy limits of $1,000,000.00; therefore, the amount in controversy is met. Martin v. Mentor Corp., 142 F. Supp. 2d 1346, 1349 (M.D. Fla. 2001). Such demand, exclusive of its enclosures, is attached as **Exhibit "B".**

6. This Notice of Removal is hereby filed within thirty (30) days from Plaintiff's service of the Complaint on both Defendants. See 28 U.S.C. § 1446 (b) (1).

3
**Cole, Scott & Kissane**
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

7. There are no other Defendants as named parties in this action, thus there are no other Defendants from which consent needs to be obtained to remove this action.

8. There are not presently any pending motions or orders in the State Court action.

9. The allegations set forth in this Notice of Removal are true and correct to the best of the knowledge and belief of the undersigned counsel. The undersigned counsel is the attorney for Defendants and has been specifically authorized to act on behalf of Defendants in seeking removal of this cause to the United States District Court Northern District of Florida, Gainesville Division. Further, the undersigned is a licensed attorney in the State of Florida and authorized to practice in the United States District Court, Northern District of Florida.

WHEREFORE, the Defendants, *SHAWBEL ANTONIO MOORE and MULAX EXPRESS LLC,* hereby provide Notice of Removal of this cause from the Circuit Court for the Eighth Judicial Circuit, in and for Alachua County, to the United States District Court for the Northern District of Florida, Gainesville Division.

Respectfully submitted this 7th day of March 2022.

4
**Cole, Scott & Kissane**
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

          COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants*
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone (904) 672-4046
Facsimile (904) 672-4050
Primary e-mail: sami.achem@csklegal.com
Secondary e-mail: gia.domenico@csklegal.com
Alternate e-mails:
April.goodsell@csklegal.com
Elinor.Bozzone@cskegal.com

By: s/ Sami R. Achem

SAMI R. ACHEM
Florida Bar No.: 93892

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 2022 a true and correct copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Northern District of Florida, Gainesville Division, and served electronically to all parties of record.

5
**Cole, Scott & Kissane**
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants*
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone (904) 672-4046
Facsimile (904) 672-4050
Primary e-mail: sami.achem@csklegal.com
Secondary e-mail: gia.domenico@csklegal.com
Alternate e-mails:
April.goodsell@csklegal.com
Elinor.Bozzone@cskegal.com

By:     s/ Sami R. Achem

SAMI R. ACHEM
Florida Bar No.: 93892

6
**Cole, Scott & Kissane**
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West